Wilmot L. Morehouse, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.

Reported below, 123 App. Div. 680
(Argued February 17, 1908; decided February 25, 1908.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose an attorney's lien.

The motion was made upon the ground that under the provisions of section 191 of the Code of Civil Procedure the appeal was unauthorized.

*Wilmot L. Morehouse* for motion.

*A. M. Williams* opposed.

Motion denied, with ten dollars costs.

———————

Eugene C. Gilroy, as Receiver of the Columbia Publishing Company, Appellant, v. Everson-Hickok Company et al., Respondents.

(Submitted February 17, 1908; decided February 25, 1998.)

Motion for re-argument denied, with ten dollars costs. (See 190 N. Y. 551.)